FILED
CLERK, U.S. DISTRICT COURT

AUG -7 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: M 15 -01480 |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Paul R. Bumstead, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Massachusetts for alleged violation(s) of the terms and conditions of (his)/her [~~probation~~] ([supervised release]); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no stable residence, no known bail resources,

1  _unknown background, history of warrants, possible_
2  _prior escape from custody_
3
4      (and)/or
5  B.   (✓)   The defendant has not met (his)/her burden of establishing by
6       clear and convincing evidence that (he)/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9       on: _lenghthy crim history and contacts_
10
11
12
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  _8/7/15_                          _[signature]_
18                                            JEAN ROSENBLUTH
                                              U.S. MAGISTRATE JUDGE